IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

WILLIAM S. CARNEY                                              PLAINTIFF

V.                         NO. 13-2185

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration                                 DEFENDANT

## **J U D G M E N T**

Now on this 26th day of September, 2014, comes on for consideration the Report and Recommendation filed herein on June 23, 2014, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. (Doc. 19). Also before the Court are Plaintiff's Objections. (Doc. 20).

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the decision of the Administrative Law Judge is affirmed, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**